Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X   21 MC 102 (AKH)

ANDREA LORA,                                              Index No.: 07-CV-4484

                             Plaintiff(s),                **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

   -against-
                                                      **ELECTRONICALLY FILED**

222 BROADWAY, LLC, *et al.*,

                             Defendant(s).
------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       August 30, 2007

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendants
                              LEHMAN BROTHERS INC., LEHMAN
                              COMMERCIAL PAPER INC. and LEHMAN
                              BROTHERS HOLDINGS INC.

                              By: _____
                              Richard E. Leff (RL-2123)
                              80 Broad Street, 23rd Floor
                              New York, New York 10004
                              (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel