Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GRUBB & ELLIS MANAGEMENT SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

ANDREA LORA,                                             Index No.: 07-CV-4484

                          Plaintiff(s),        **NOTICE OF ADOPTION OF ANSWER
                                               TO MASTER COMPLAINT**

     -against-                                 **ELECTRONICALLY FILED**

222 BROADWAY, LLC, *et al.*,

                          Defendant(s).
-------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendant, GRUBB & ELLIS MANAGEMENT

SERVICES, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to

the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master

Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center

Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, the defendant, GRUBB & ELLIS MANAGEMENT SERVICES, INC.,

demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
      September 10, 2007

                      Yours etc.,

                      McGIVNEY & KLUGER, P.C.
                      Attorneys for Defendant
                      GRUBB & ELLIS MANAGEMENT SERVICES, INC.

                      By

                      Richard E. Leff (RL-2123)
                      80 Broad Street, 23rd Floor
                      New York, New York 10004
                      (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel