UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
-----------------------------------------------------------------X
ANDREA LORA, : 07-CV-04484-AKH
                Plaintiff, :
                 : **APPEARANCE**
  - against - :
222 BROADWAY, LLC, *et al.*, :
                 : **ELECTRONICALLY FILED**
                Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007
                                   By:    /s/ Judith R. Cohen___
                                               Judith R. Cohen (JC-8614)
                                               1177 Avenue of the Americas
                                               New York, New York 10036
                                               Phone: (212) 277-6500
                                               Fax: (212) 277-6501
                                               *Attorney for Defendants*
                                               MERRILL LYNCH & CO., INC. and
                                               222 BROADWAY, LLC

DOCSNY-269528v01