

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102

**STIPULATION AND
ORDER OF DISMISSAL**

This order relates to:
07 CV 1565 (AKH)
06 CV 14484 (AKH)
07 CV 5339 (AKH)
07 CV 1480 (AKH)
07 CV 1486 (AKH)
06 CV 11533 (AKH)
06 CV 14741 (AKH)
07 CV 057 (AKH)
07 CV 5302 (AKH)
05 CV 9161 (AKH)
06 CV 8278 (AKH)
06 CV 11257 (AKH)
07 CV 5386 (AKH)
07 CV 1727 (AKH)
07 CV 4516 (AKH)
07 CV 1700 (AKH)
07 CV 4484 (AKH)
07 CV 4522 (AKH)

-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is discontinued without prejudice as against defendants, **CUSHMAN & WAKEFIELD,**

**INC.** and **CUSHMAN & WAKEFIELD 111 WALL, INC.** only, without costs to either party

as against the other

ROS:879783.1/CUS028-236874

**IT IS FURTHER STIPULATED AND AGREED,** that should evidence be discovered throughout the course of the litigation which determines that **CUSHMAN & WAKEFIELD, INC.** and **CUSHMAN & WAKEFIELD 111 WALL, INC.** are proper parties to this suit, plaintiff may reinstitute the action without regards to the applicable statute of limitations, assuming said original action was timely commenced, and in such instance these defendants shall not assert the statute of limitations as a defense.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated:        October ___2___, 2007
              New York, New York


By:    Frances B. Stella, Esq. (FS 3339)          By:    Christopher R. Lopalo, Esq. (CL6466)
       Wolf Block Schorr and                             Worby Groner Edelman &
       Solis-Cohen LLP                                   Napoli Bern LLP
       Attorneys for Defendants, Cushman &               Attorneys for Plaintiff
       Wakefield, Inc. and Cushman &                     115 Broadway, 12th Floor
       Wakefield, 111 Wall, Inc.                         New York, New York 10006
       101 Eisenhower Parkway                            Tel: (212) 267-3700
       Roseland, NJ 07068
       Tel: (973) 403-3149
       Fax: (973) 618-5549

SO ORDERED: 10/12/07

HON. ALVIN K. HELLERSTEIN